UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARK LECH  :  3:00 CV-2303 (AHN)

    Plaintiff,

v.

BESTFOODS BAKING DISTRIBUTION
COMPANY, ARNOLDS FOOD COMPANY
INC., UNILEVER, INC.

    Defendants.

PLANTIFF'S MOTION TO SET ASIDE JUDGMENT

The Plaintiff in the above captioned matter respectfully requests that the Court set aside the Judgment of Dsimissal entered on July 24, 2003. The Plaintiff has attended conferences in connection with this matter and has participated in the the framing of a proposed case management plan. Moreover, an appearance was made on March 5, 2003, as explained in the Statement of Ronald L.Lepine. Therefore, the Plaintiff did comply with the Order of the Court dated March 11, 2003.

                              PLAINTIFF

                              By: Ronald L.Lepine(ct 04999)
                              106 South St.
                              West Hartford, CT 06110

[Handwritten margin notations: "SO ORDERED" / "DENIED" / "1/20/04"]