UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK LECH,<br>    Plaintiff | CIVIL ACTION NO.<br>3:00CV2303 (AHN) |
| v. | |
| BESTFOODS BAKING DISTRIBUTION<br>COMPANY, ARNOLDS FOODS COMPANY,<br>INC., UNILEVER, INC. | JULY 16, 2004 |

## APPEARANCE

Please enter the appearance of Brad N. Mondschein, Esquire of Updike, Kelly & Spellacy, P.C., One State Street, Hartford, Connecticut, in the above captioned matter for the plaintiff Mark Lech in lieu of all other counsel for the plaintiff.

Respectfully submitted,
MARK LECH

By: Brad N. Mondschein
Fed. Bar No. ct13800
Updike, Kelly & Spellacy, P.C.
One State Street, 24th Floor
Hartford, Connecticut 06123
Telephone: (860) 548-2600
Facsimile: (860) 548-2680
Email: bmondschein@uks.com

368344

## CERTIFICATION

A copy of the foregoing has been mailed by first class mail, postage prepaid this 16th day of July, 2004, to all counsel of record as follows:

Robert Horowitz, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

By: _____
BRAD N. MONDSCHEIN, ESQ.
Updike, Kelly & Spellacy, P.C.

368344                                    2