UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK LECH,<br>　　　Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:00CV2303 (AHN) |
| v. | : <br> : | |
| BESTFOODS BAKING DISTRIBUTION<br>COMPANY, ARNOLDS FOODS COMPANY,<br>INC., UNILEVER, INC. | : <br> : <br> : <br> : | March 14, 2005 |

**WITHDRAWAL OF REQUEST TO POSTPONE HEARING FOR MOTION FOR RELIEF FROM JUDGMENT AND WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

　　　1.　　The plaintiff, Mark Lech, on July 16, 2004 filed with this court his Motion for Relief from Judgment.

　　　2.　　The plaintiff, on March 10, 2005, filed with this court his Motion to Postpone Hearing for Motion for Relief, scheduled for March 11, 2005 for a period of three months.

　　　3.　　The plaintiff hereby files his Withdrawal of both of the aforementioned Motions.

　　　4.　　The undersigned counsel has contacted opposing counsel to indicate that the matter would be withdrawn if the defendant agreed not to seek costs and fees associated with the Motion.

392159

5. The defendant has agreed not to seek costs and fees associated with the Motion, including attorney's fees.

WHEREFORE, the plaintiff respectfully informs this court that the Motion to Postpone Hearing and the Motion for Relief from Judgment are withdrawn.

Respectfully submitted,
MARK LECH

_____
By:   Brad N. Mondschein
      Fed. Bar No. ct13800
      Updike, Kelly & Spellacy, P.C.
      One State Street, 24th Floor
      Hartford, Connecticut  06123
      Telephone:   (860) 548-2600
      Facsimile:   (860) 548-2680
      Email: bmondschein@uks.com

392159

## **CERTIFICATION**

A copy of the foregoing has been mailed by first class mail, postage prepaid this 14th day of March, 2005, to all counsel of record as follows:

Robert Horowitz, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166

                                      By:_____
                                           BRAD N. MONDSCHEIN, ESQ.
                                         Updike, Kelly & Spellacy, P.C.

392159