UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK LECH,<br>　　Plaintiff<br><br>v.<br><br>BESTFOODS BAKING DISTRIBUTION<br>COMPANY, ARNOLDS FOODS COMPANY,<br>INC., UNILEVER, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:00CV2303 (AHN)<br><br><br><br><br><br><br><br>March 10, 2005 |

**REQUEST TO POSTPONE HEARING FOR MOTION FOR RELIEF FROM JUDGMENT**

　　1.　　The plaintiff, Mark Lech, on July 16, 2004 filed with this court his Motion for Relief from Judgment (the "Motion"). The plaintiff hereby requests for this court to postpone the hearing on the Motion currently scheduled for March 11, 2005 for a period of three months.

　　2.　　The undersigned counsel has orally contacted this Court to mark off the hearing on the matter scheduled. In addition, the undersigned counsel has contacted opposing counsel originally to indicate that the matter would be withdrawn if the defendant agreed not to seek costs and fees associated with the Motion. However, opposing counsel sought that the withdrawal be "with prejudice" in order for the defendants to agree to not pursue costs or legal fees arising from the Motion. Based on the facts contained herein that have only been brought to light in the last few

391836

days, the Plaintiff should not be required to withdraw the Motion with prejudice and is entitled to a postponement of the hearing on the Motion.

3. The plaintiff hereby represents to this court that this postponement is necessary until such time as the plaintiff is able to recover funds which were wrongfully taken from him by former counsel Ronal Lepine and wrongfully negotiated by Fleet Bank in February of 2004. The funds represented payment by the defendant to the plaintiff for the sale of his franchise. The plaintiff found out that the funds had been misappropriated on March 8, 2005 even though the request for evidence of the negotiation of the check was made to the defendant in July 2004. The plaintiff was under the impression that such check was not negotiated and that re-issuance of the check could be made by the defendant.

4. The plaintiff is now pursuing its rights under Article 3 and Article 4 of the Uniform Commercial Code to recover the funds. The plaintiff requests that this court allow him the time to make a good faith effort to recover these funds in order to pursue his suit against the above named defendant. The undersigned counsel has made a good faith attempt to contact the defendant's counsel to gain consent for this motion. However, defendant's counsel has not returned the undersigned counsel's telephone call.

391836

WHEREFORE, the plaintiff respectfully requests that this court postpone the hearing on the Motion for Relief from Judgment.

        Respectfully submitted,
        MARK LECH


        _____
    By:   Brad N. Mondschein
        Fed. Bar No. ct13800
        Updike, Kelly & Spellacy, P.C.
        One State Street, 24th Floor
        Hartford, Connecticut 06123
        Telephone:  (860) 548-2600
        Facsimile:  (860) 548-2680
        Email: bmondschein@uks.com

391836

## **CERTIFICATION**

A copy of the foregoing has been mailed by first class mail, postage prepaid this 10th day of March, 2005, to all counsel of record as follows:

Robert Horowitz, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166

                                                          By:_____
                                                               BRAD N. MONDSCHEIN, ESQ.
                                                               Updike, Kelly & Spellacy, P.C.

391836